**Order entered February 8, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00715-CR

**ADRIAN V. BARRERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-30801-P**

## ORDER

The clerk's record in this appeal does not contain the trial court's certification of appellant's right to appeal. Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the trial court's certification of appellant's right to appeal. *See* TEX. R. APP. P. 25.2(d).

We **ORDER** court reporter Debi Harris to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit No. 6, a CD.

We **DIRECT** the Clerk to send copies of this order to the following:

- Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court;

- Gary Fitzsimmons, Dallas County District Clerk;

- Dallas County District Clerk, Criminal Records Division;

- Debi Harris, Deputy Official Court Reporter; and

- Counsel for all parties.


        /s/      CAROLYN WRIGHT  
                  CHIEF JUSTICE